# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JERRY VANG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF FRESNO; FRESNO POLICE DEPARTMENT; FRESNO POLICE DEPARTMENT CORPORAL VANG,YING; FRESNO POLICE DEPARTMENT OFFICER VANG, ANDY; AND DOES 1-10,<br><br>　　　　Defendants. | Case No. 1:21-cv-01370-DAD-SKO<br>District Judge, Dale A. Drozd<br>Magistrate Judge, Sheila K. Oberto<br><br>**ORDER CONTINUING RULE 26(f) SCHEDULING CONFERENCE**<br><br>(Doc. 13)<br><br>Action Filed:　　09/13/21<br>Trial Date:　　　TBD |

PURSUANT TO THE STIPULATION OF THE PARTIES (Doc. 13), and for good cause shown,

IT IS HEREBY ORDERED that the Scheduling Conference, currently set for August 2, 2022, is **CONTINUED to September 13, 2022, at 9:30 AM** before Magistrate Judge Sheila K. Oberto.  The parties SHALL file their joint scheduling report by no later than seven (7) days before the conference.

IT IS SO ORDERED.

Dated:　**July 21, 2022**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE