Mildred K. O'Linn (State Bar No. 159055)
 *Missy.OLinn@manningkass.com*
Lynn Carpenter (State Bar No. 310011)
 *Lynn.Carpenter@manningkass.com*
Maya Sorensen (State Bar No. 250722)
 *Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FRESNO; FRESNO POLICE DEPARTMENT; FRESNO POLICE DEPARTMENT CORPORAL YING VANG; FRESNO POLICE DEPARTMENT OFFICER ANDY VANG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VANG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FRESNO; FRESNO POLICE DEPARTMENT; FRESNO POLICE DEPARTMENT CORPORAL VANG, YING; FRESNO POLICE DEPARTMENT OFFICER VANG, ANDY; AND DOES 1-10,<br><br>　　　　Defendants. | Case No. 1:21-cv-01370-ADA-SKO<br>*[District Judge, Ana de Alba*<br>*Magistrate Judge, Sheila K. Oberto]*<br><br>**STIPULATION AND ORDER RE JOINT REQUEST FOR CONTINUANCE OF SCHEDULING DEADLINES**<br><br>(Doc. 31)<br><br>Action Filed:　　09/13/21<br>Trial Date:　　　06/25/24 |

## TO THE HONORABLE COURT:

By and through their counsel of record in this action, plaintiff JERRY VANG ("Plaintiff") and Defendants CITY OF FRESNO, FRESNO POLICE DEPARTMENT CORPORAL YING VANG, and FRESNO POLICE

4867-3568-5978.1

**STIPULATION RE CONTINUANCE OF SCHEDULING ORDER DEADLINES**

1 DEPARTMENT OFFICER ANDY VANG ("Defendants") – the parties – hereby
2 stipulate for the purpose of jointly requesting that the Honorable Court enter an order
3 continuing the scheduling order dates in Doc. 20.

4 **GOOD CAUSE STATEMENT.**

5  1. On September 13, 2022, the Court issued a Scheduling Order in this
6 action. [Doc. 20.]

7  2. Since that time, the parties have negotiated a stipulated protective order,
8 defendants have propounded written discovery, and served notices of taking the
9 deposition of plaintiff .

10  3. On October 14, 2022, defendants filed a motion for judgment on the
11 pleadings requesting that the court enter judgment for the defendants on all causes of
12 action. [Doc. 23.] No opposition was filed. On October 18, 2022, the Court issued an
13 order stating that defendants' motion would be decided on the pleadings at an
14 undetermined point in the future. [Doc. 24.] If defendants' motion is granted in its
15 entirety, this action will be dismissed obviating the need to engage in further
16 discovery. If defendants' motion is partially granted, the issues will be narrowed
17 significantly allowing the parties to focus discovery more narrowly.

18  4. Defendants' counsel have multiple depositions in the days and weeks
19 prior to the discovery cutoff date of May 2, 2023 as well as a severely impacted trial
20 schedule over the summer.  These calendar conflicts have also impeded the deposition
21 scheduling process.

22  5. Additionally, on March 3, 2023, the Court ordered the parties to
23 participate in a settlement conference set for November 14, 2023. Continuing the
24 discovery deadlines would allow the parties to conduct focused discovery in
25 anticipation of the settlement conference which will reduce fees and costs.

26  6. As such, the parties jointly stipulate and respectfully request that this
27 Court issue an Order modifying the Scheduling Order.

28

7. This is the first request by the parties for a continuance of the Court's scheduling order deadlines in this matter.

**STIPULATION RE CONTINUANCE OF SCHEDULING ORDER DEADLINES.**

8. In light of the foregoing Good Cause, the parties hereby stipulate and respectfully request a continuance of the Court's scheduling order as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Non-Expert Discovery | May 2, 2023 | December 1, 2023 |
| Int'l Expert Disclosures | June 2, 2023 | January 8, 2024 |
| Supp. Expert Disclosures | July 5, 2023 | February 5, 2024 |
| Expert Discovery | August 7, 2023 | March 7, 2024 |
| Non-Dispositive Motion Filing | August 21, 2023 | March 21, 2024 |
| Non-Dispositive Motion Hearing | September 27, 2023 | April 29, 2024 |
| Dispositive Motion Filing | September 21, 2023 | May 21, 2024 |
| Pretrial Conference | April 22, 2024 | TBD |
| Trial | June 25, 2024 | TBD |

9. This Stipulation may be signed in counterpart, and a facsimile or electronic signature shall be as valid as an original signature.

*///*
*///*
*///*
*///*
*///*

**IT IS SO STIPULATED.**

DATED: March 28, 2023         **MANNING & KASS**
                              **ELLROD, RAMIREZ, TRESTER LLP**

                              By: ____/s/ Maya Sorensen_____
                                  Mildred K. O'Linn, Esq.
                                  Lynn Carpenter, Esq.
                                  Maya Sorensen, Esq.
                                  Attorneys for Defendants, CITY OF
                                  FRESNO; FRESNO POLICE
                                  DEPARTMENT; FRESNO POLICE
                                  DEPARTMENT CORPORAL YING
                                  VANG, and FRESNO POLICE
                                  DEPARTMENT OFFICER ANDY VANG

DATED: March 28, 2023         **THE FOLLAND LAW GROUP**

                              By: ____/s/ Brian Folland_____
                                  Brian Folland, Esq
                                  Attorneys for Plaintiff, JERRY VANG

## ORDER

Pursuant to the foregoing stipulation (Doc. 31), and for good cause shown, the Scheduling Order (Doc. 20) is hereby MODIFIED as follows:

| **EVENT** | **CURRENT DEADLINE** | **REQUESTED DEADLINE** |
|---|---|---|
| Non-Expert Discovery | May 2, 2023 | December 1, 2023 |
| Int'l Expert Disclosures | June 2, 2023 | January 8, 2024 |
| Supp. Expert Disclosures | July 5, 2023 | February 5, 2024 |
| Expert Discovery | August 7, 2023 | March 7, 2024 |
| Non-Dispositive Motion Filing | August 21, 2023 | March 21, 2024 |

| Non-Dispositive Motion Hearing | September 27, 2023 | May 1, 2024[1] |
|---|---|---|
| Dispositive Motion Filing | September 21, 2023 | May 21, 2024 |
| Pretrial Conference | April 22, 2024 | December 2, 2024, at 1:30 PM |
| Trial | June 25, 2024 | February 4, 2025, at 8:30 AM |

The Settlement Conference, set on November 14, 2023, at 10:30 AM before Magistrate Judge Sheila K. Oberto (*see* Doc. 29), REMAINS AS SET.

IT IS SO ORDERED.

Dated:   **March 30, 2023**                          /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] Magistrate Judge Oberto conducts law and motion hearings on Wednesdays at 9:30 AM.